**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Antonio JAIMES–HERRERA,
also known as Mandarino,
Defendant–Appellant.**

No. 11–10123
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 7, 2011.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Bruce Cameron Kaye, Esq., Law Offices of Bruce C. Kaye, Dallas, TX, for Defendant–Appellant.

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Antonio Jaimes–Herrera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Jaimes–Herrera has filed a response in which he requests the appointment of counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED and counsel is excused from further responsibilities herein, Jaimes's pro se motion for appointment of counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.